# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES**<br>*Appellee*<br><br>v.<br><br>**Adam C. MATTHEWS**<br>**Chief Petty Officer (E-7)**<br>**U.S. Navy**<br>*Appellant* | **NMCCA NO. 202100256**<br><br>**Panel 2**<br><br>**ORDER**<br><br>*Granting Appellant's Motion*<br>*to Withdraw Case from*<br>*Appellate Review* |

Upon consideration of Appellant's Motion to Withdraw Case from Appellate Review, filed on 12 January 2022, we have determined that Appellant's request was properly executed and submitted, and is in substantial compliance with Article 61, Uniform Code of Military Justice, 10 U.S.C. § 861, and Rule for Courts-Martial 1115.

Accordingly, it is, by the Court, this 12th day of January 2022,

**ORDERED:**

(1) That Appellant's Motion to Withdraw Appellate Review is **GRANTED**.

(2) That the record of trial is returned to the Judge Advocate General for appropriate disposition.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
45 (LT Horst)
46
02